UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA A. COWLES,<br><br>                             Plaintiff,<br><br>v.<br><br>THOR MOTOR COACH, INC.,<br><br>                             Defendant. | Case No.: 22cv1750-JLB<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION / CASE MANAGEMENT CONFERENCE** |

On December 12, 2022, the undersigned was assigned as the settlement judge on this matter. ECF No. 9. In light of the procedural posture of this case, the Court VACATES the Early Neutral Evaluation / Case Management Conference currently set for January 9, 2023, to be reset pending resolution on the Motion to Change Venue. *See* ECF No. 5. The parties are ordered to contact chambers within 3 business days of a ruling on that motion to reset the conference.

**IT IS SO ORDERED.**

Dated: December 15, 2022

*/s/ Nita L. Stormes*

Hon. Nita L. Stormes
United States Magistrate Judge